IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | § | |
| | § | No. 264, 2017 |
| Appellant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| INDUSTRIAL ACCIDENT BOARD | § | |
| and NEMOURS, ALFRED I. | § | C.A. No. K16A-04-001 |
| DUPONT HOSPITAL, | § | |
| | § | |
| Appellees Below- | § | |
| Appellee. | § | |

Submitted: November 5, 2017
Decided: January 2, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 2nd day of January 2018, after careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of, and for the reasons set forth in, the Superior Court's well-reasoned decision dated June 12, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice